

FILED
2:44 pm, 1/15/19
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CRAIG CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AIR VOICE INC, MUKESH MAHAJAN, )<br>VIVEK BABBAR, DHEER GULATI, )<br>TSS CONSULTING GROUP LLC and )<br>MARCOS TAVERAS, )<br>)<br>Defendants. ) | Case No. 18-CV-182-F |

CLERK'S ENTRY OF DEFAULT

It appearing from the record that the summons and complaint were properly served upon Defendants, Air Voice Inc on November 14, 2018 and TSS Consulting Group LLC on November 20, 2018; and that these defendants have failed to answer or other plead; and that the time for filing such answer or other pleading has expired and that these defendants are now in default;

NOW, THEREFORE, default is hereby entered against Defendants, Air Voice Inc and TSS Consulting Group LLC.

DATED this 15th day of January, 2019.

STEPHAN HARRIS
Clerk of Court

By:_____
Deputy Clerk