FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF WYOMING (Cheyenne)**

2019 FEB 19 PM 1: 11

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| **CRAIG CUNNINGHAM,** §<br>**Plaintiff,** §<br> §<br>v. §<br> §   Civil Case No. 2:18-cv-00182<br>Air Voice, Inc., et al §<br> §<br>**Defendant** §<br> § | |

**Plaintiff's Notice of Voluntary Dismissal of TSS Consulting and Marcos Tavares**

1. The Plaintiff hereby requests the court dismiss TSS Consulting LLC and Marcos Tavares without prejudice from this action persuant to FRCP 41.

*/s/ Craig Cunningham*

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

2/13/2019

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF WYOMING (Cheyenne)

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>Air Voice, Inc., et al<br><br>**Defendant** | §<br>§<br>§<br>§    Civil Case No. 2:18-cv-00182<br>§<br>§<br>§<br>§<br>§ |

## Plaintiff's Certificate of Service

I hereby certify that on 2/13/2019 a true copy of the foregoing was mailed to the defendants of record in this case.

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

2/13/2019