FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE OF WYOMING
DISTRICT OF WYOMING (Cheyenne)

2019 APR 22 PM 1:24

STEPHAN HARRIS, CLERK
CHEYENNE

| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Air Voice, Inc., et al<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 2:18-cv-00182 |
|---|---|---|

## Plaintiff's Notice of Voluntary Dismissal of Air Voice Inc

1. The Plaintiff hereby requests the court dismiss Air Voice Inc, Dheer Gulati, Vivek Babbar, and Mukesh Mahajan without prejudice from this action persuant to FRCP 41.,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

4/16/2018



UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING (Cheyenne)

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>Air Voice, Inc., et al<br><br>**Defendant** | §<br>§<br>§<br>§<br>§  Civil Case No. 2:18-cv-00182<br>§<br>§<br>§<br>§ |

**Plaintiff's Certificate of Service**

I hereby certify that on 4/16/2018 a true copy of the foregoing was mailed to the defendants of record in this case.

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

12/28/2018

US District Court
2120 Capital Ave.
Cheyenne, WY 82001

2000 E Custer Rd
270-206
Plano, TX 75075

N TEXAS
DALLAS 750
18 APR '19
PM 5 L